

From: ecf_live@txeb.uscourts.gov
Subject: 25-04025 Complaint (COURT USE ONLY)
Date: Apr 25, 2025 at 12:08:57 AM
To: ecf_live@txeb.uscourts.gov

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

# United States Bankruptcy Court

# Eastern District of Texas

Notice of Electronic Filing

The following transaction was received from Patrick Yarborough entered on 4/25/2025 at 0:07 AM CDT and filed on 4/25/2025

| | |
|---|---|
| **Case Name:** | MMWKM Advisors, LLC v. Dowdall |
| **Case Number:** | 25-04025 |
| **Document Number:** | 1 |
| **Case Name:** | Joseph Anthony Dowdall |
| **Case Number:** | 24-42950 |
| **Document Number:** | 34 |

## Docket Text:
COMPLAINT: (67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny)),(68 (Dischargeability - 523(a)(6), willful

and malicious injury)),(41 (Objection / revocation of discharge - 727(c),(d),(e))): filed by Patrick Yarborough on behalf of MMWKM Advisors, LLC against Joseph Anthony Dowdall. (Attachments: # (1) Exhibit Exhibit 1 - Arbitration Award # (2) Exhibit Exhibit 2 - Order Confirming Arbitration Award # (3) Exhibit Exhibit 3 Debtor's Deposition # (4) Exhibit Exhibit 4 - LJ Dowdall Financial LLC W9 (Redacted) # (5) Exhibit Exhibit 5 - IAR Agreement dated 3-12-2021 # (6) Exhibit Exhibit 6 - IAR Agreement dated 8-4-2023 # (7) Exhibit Exhibit 7 - IAR Agreement dated 4-1-2024) (Yarborough, Patrick)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Complaint.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=995489823 [Date=4/25/2025] [FileNumber=22093706-0
]
[10c778ac8ce38099873eecdf9823f79b54af37ba65d48731399a0c7c84d18cb1a1a
623847e283e9235e1e767bd4b244bbe77f609cd6cdf3722afc8536e3e78e1]]
**Document description:**Exhibit Exhibit 1 - Arbitration Award
**Original filename:**C:\fakepath\Exhibit 1 2023-02-10 Second Amended Award.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=995489823 [Date=4/25/2025]

[FileNumber=22093706-1

]

[09b174051d6f987adbd2f31ffc35fabbc473611b1bf4e7119eba61a4d3eb2ac7bf5

cac291e48e819dae01878cc1c1a616146b4d32ed48db45842b0c9243933b1]]

**Document description:**Exhibit Exhibit 2 – Order Confirming Arbitration Award

**Original filename:**C:\fakepath\Exhibit 2 2023-07-11 Order Confirming Arbitration Award and Final Judgment.pdf

**Electronic document Stamp:**

[STAMP bkecfStamp_ID=995489823 [Date=4/25/2025] [FileNumber=22093706-2

]

[6270ef180fdcbcba18fc1bc3ce363a81c4826c7a19552925a0098c8c0a56f2f04fe

b98dc0f7466be84e7495cc03ac1f35e45a6add70f01f3e271e7f59ae24538]]

**Document description:**Exhibit Exhibit 3 Debtor's Deposition

**Original filename:**C:\fakepath\Exhibit 3 2024-10-06 Dowdall Deposition.pdf

**Electronic document Stamp:**

[STAMP bkecfStamp_ID=995489823 [Date=4/25/2025] [FileNumber=22093706-3

]

[77c0e88299d59824ffea14b12f3c514993a9b1b2aeab6b2e33ac2bace19ce8c2a66

a08d6dc0f8dc9fb0656ca8eb97831db47bb1e72c2a25e6f2a6c6d8c383094]]

**Document description:** Exhibit Exhibit 4 - LJ Dowdall Financial LLC W9 (Redacted)

**Original filename:** C:\fakepath\Exhibit 4 redacted.pdf

**Electronic document Stamp:**

[STAMP bkecfStamp_ID=995489823 [Date=4/25/2025] [FileNumber=22093706-4

]

[18de3d4a45a872cd67906226c57ee4354419bd8f7391f23b560263142afb345e44e

a0796e3263b7c43f669bd0a8b02ff8216d352b90773cb6d95ecf146d24fec]]

**Document description:** Exhibit Exhibit 5 - IAR Agreement dated 3-12-2021

**Original filename:** C:\fakepath\Exhibit 5 2021-03-12 Investment Advisor Representative Agreement.pdf

**Electronic document Stamp:**

[STAMP bkecfStamp_ID=995489823 [Date=4/25/2025] [FileNumber=22093706-5

]

[1639845133b96e155340d2abe6b1ad7899a91800aa876d549dd4cf30d31629defbb

8c487e3230ed15b082cb54481eaeec896fed9678da964650c6500670938d5]]

**Document description:** Exhibit Exhibit 6 - IAR Agreement dated 8-4-2023

**Original filename:** C:\fakepath\Ex. 6 2023-08-04 Investment Advisor Representative Agreement.pdf

**Electronic document Stamp:**

[STAMP bkecfStamp_ID=995489823 [Date=4/25/2025] [FileNumber=22093706-6

]

[c835fba76de9cbd2beb61920d11d10988865c06ab29145325ed644046fae8e8e590

ffec3dcbaccf54b47b75b5c8e784eaf7d34372bdbce3b3d7a99bc8a14900c]]

**Document description:** Exhibit Exhibit 7 - IAR Agreement dated 4-1-2024

**Original filename:** C:\fakepath\Exhibit 7 2024-04-01 Investment Advisor Employment Agreement.pdf

**Electronic document Stamp:**

[STAMP bkecfStamp_ID=995489823 [Date=4/25/2025] [FileNumber=22093706-7

]

[01b09b0682ab520f9eef3355aa1d16946de69dc9db644475c30db296cd09fbfec95

3059fdf15fe58f500ee879f6e0c222f7cba0d5c745c13c8a5f90aca779e61]]

**Document description:** Main Document

**Original filename:** Complaint.pdf

**Electronic document Stamp:**

[STAMP bkecfStamp_ID=995489823 [Date=4/25/2025] [FileNumber=22093707-0

]
[05d98c745f84735bdfed28a6d24b40adcd793669092a9ba3ac7d9aa2b4d5374931e
4465adf03fb8b8b11938a8636583ce44fa99b7ab6552105141f459cf0e872]]

**Document description:** Exhibit Exhibit 1 - Arbitration Award

**Original filename:** C:\fakepath\Exhibit 1 2023-02-10 Second Amended Award.pdf

**Electronic document Stamp:**
[STAMP bkecfStamp_ID=995489823 [Date=4/25/2025] [FileNumber=22093707-1
]
[ac5f263ee7dc33144eb91c7fcd1242aa1f93c0d82207ef2dc38dc4924dc526dc88e
98607a4f0cde531e4196e091526bfb9e151267fe3181ec3ad37357cf2bc67]]

**Document description:** Exhibit Exhibit 2 – Order Confirming Arbitration Award

**Original filename:** C:\fakepath\Exhibit 2 2023-07-11 Order Confirming Arbitration Award and Final Judgment.pdf

**Electronic document Stamp:**
[STAMP bkecfStamp_ID=995489823 [Date=4/25/2025] [FileNumber=22093707-2
]
[7fb1f6e4daf8146cd142da8264164b1825c45056d95f35528a85e55daed1e35ac34
b60c2005a5c2d26c774039d882ad966464520993978d65128c4

be0073c9b4]]

**Document description:** Exhibit Exhibit 3 Debtor's Deposition

**Original filename:** C:\fakepath\Exhibit 3 2024-10-06 Dowdall Deposition.pdf

**Electronic document Stamp:**

[STAMP bkecfStamp_ID=995489823 [Date=4/25/2025] [FileNumber=22093707-3

]

[b2c7e7602d0ee7ba3d690fd51be940cb2918f3d37ae060cabbda3a5b76c75269964
962b496222025d53b0e3739525657a9e75ca7186f9c181657954b53cae8d5]]

**Document description:** Exhibit Exhibit 4 - LJ Dowdall Financial LLC W9 (Redacted)

**Original filename:** C:\fakepath\Exhibit 4 redacted.pdf

**Electronic document Stamp:**

[STAMP bkecfStamp_ID=995489823 [Date=4/25/2025] [FileNumber=22093707-4

]

[54384432c3a71a1bba995764ff793d42ed8ffd47bf435d5c47f406626ab0ff14350
c5eb21cdf0bd8b1faad7496fc9aa1dce10c48172260a08a9afd2996957f82]]

**Document description:** Exhibit Exhibit 5 - IAR Agreement dated 3-12-2021

**Original filename:** C:\fakepath\Exhibit 5 2021-03-12 Investment Advisor Representative Agreement.pdf

**Electronic document Stamp:**
[STAMP bkecfStamp_ID=995489823 [Date=4/25/2025] [FileNumber=22093707-5
]
[11ef5856c2775f6998c811f39bedf2d7ad27f9271150b02761aba70f917a2d836ad
b76f4bafac11deba121014e057a2889372e64b5d52b3900ad587c9847ea01]]
**Document description:**Exhibit Exhibit 6 - IAR Agreement dated 8-4-2023
**Original filename:**C:\fakepath\Ex. 6 2023-08-04 Investment Advisor Representative Agreement.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=995489823 [Date=4/25/2025] [FileNumber=22093707-6
]
[5dd546e9258a587a8ad920bd32fe91bb0a3bb4dc2e63165c6066f4bd7c497e3aef4
9f086a43c40e444516cd5bd3e1d17942d0d676f3f81f6cd8837d402725959]]
**Document description:**Exhibit Exhibit 7 - IAR Agreement dated 4-1-2024
**Original filename:**C:\fakepath\Exhibit 7 2024-04-01 Investment Advisor Employment Agreement.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=995489823 [Date=4/25/2025] [FileNumber=22093707-7

]
[9efc1d461bd5d3fda018d0de7261fdcdfdeac9127b8a01a4724f96a4626a6ab8753
37cb2869ac0f3b5b550dd2e9bc916cf9b48105b24bdcea62ec94a39e54157]]

## 25-04025 Notice will be electronically mailed to:

Patrick Yarborough on behalf of Plaintiff MMWKM Advisors, LLC
patrick@fosteryarborough.com

## 25-04025 Notice will not be electronically mailed to:

Joseph Anthony Dowdall
3347 Overhill Drive
Frisco, TX 75033

## 24-42950 Notice will be electronically mailed to:

Melissa S. Hayward on behalf of Trustee Mark A. Weisbart
MHayward@HaywardFirm.com, mholmes@haywardfirm.com

Sherrel K. Knighton on behalf of Creditor City of Frisco
Sherrel.Knighton@lgbs.com, Dora.Casiano-

Perez@lgbs.com;Julie.Wilson@lgbs.com;dallas.bankruptcy@lgbs.com

Dana Lipp on behalf of Interested Party Dana E Lipp
dana@lipplegal.com

Julie Anne Parsons on behalf of Creditor The County of Denton, Texas
jparsons@mvbalaw.com, kalexander@mvbalaw.com;theresa.king@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Gerrit M. Pronske on behalf of Debtor Joseph Anthony Dowdall
gpronske@spencerfane.com, jkathman@spencerfane.com;lvargas@spencerfane.com

Wyatt John Shirley on behalf of Trustee Mark A. Weisbart
wshirley@haywardfirm.com

US Trustee
USTPRegion06.TY.ECF@USDOJ.GOV

Mark A. Weisbart
mweisbart@haywardfirm.com, tsimmons@haywardfirm.com;ecf.alert+Weisbart@titlexi.com

Mark A. Weisbart on behalf of Trustee Mark A. Weisbart

mweisbart@haywardfirm.com, tsimmons@haywardfirm.com

Patrick Yarborough on behalf of Creditor MMWKM Advisors, LLC
patrick@fosteryarborough.com

Patrick Yarborough on behalf of Plaintiff MMWKM Advisors, LLC
patrick@fosteryarborough.com

**24-42950 Notice will not be electronically mailed to:**