
# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br>Joseph Anthony Dowdall<br>3347 Overhill Drive<br>Frisco , TX 75033<br>SSN: XXX-XX-2029<br>Debtor | Case No. 24-42950 btr<br>Chapter: 7 |

| | |
|---|---|
| MMWKM Advisors, LLC<br>Plaintiff | Adversary No. 25-04025 jps |
| vs. | |
| Joseph Anthony Dowdall<br>Defendant | |

### ORDER DISMISSING WITHOUT PREJUDICE MOTION FOR SANCTIONS PURSUANT TO RULE 9011 AND THE COURT'S INHERENT POWERS

ON THIS DATE the Court considered a **Motion for Sanctions Pursuant to Rule 9011 and the Court's Inherent Powers** (The "Motion") filed by **Joseph Anthony Dowdall** on **June 23, 2025**. The Court finds that the Motion fails to comply with the Local Rules of Bankruptcy Procedure and should be dismissed without prejudice for the following reason(s):

Failure to include proper negative notice language in required format: **LBR 7007.**

**IT IS THEREFORE ORDERED** that the **Motion for Sanctions Pursuant to Rule 9011 and the Court's Inherent Powers** filed by **Joseph Anthony Dowdall** on **June 23, 2025** is hereby **DISMISSED** without prejudice since it fails to comply with the Local Rules of Bankruptcy Procedure.

Signed on 7/2/2025

THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE