

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br><br>JOSEPH ANTHONY DOWDALL,<br><br>                    Debtor. | Case No. 24-42950<br>Chapter 7 |
| MMWKM ADVISORS, LLC,<br>    Plaintiff,<br><br>v.<br><br>JOSEPH ANTHONY DOWDALL,<br><br>    Defendant. | Adversary No. 25-04025 |

**ORDER GRANTING SECOND AGREED MOTION FOR CONTINUANCE OF HEARING ON MOTION FOR SANCTIONS PURSUANT TO RULE 9011 AND THE COURT'S INHERENT POWERS**

Came on for consideration the *Agreed Motion for Continuance of Hearing on Motion for Sanctions Pursuant to Rule 9011 and the Court's Inherent Powers* (the *"Motion"*) filed by MMWKM Advisors, LLC ("*Plaintiff*"), together with Joseph Dowdall ("*Debtor*" or "*Defendant*"). Upon review of the pleadings, the Court finds good cause exists to continue the hearing. It is therefore,

**ORDERED** that the Motion is hereby **GRANTED**, and a hearing on the Motion for Sanctions is hereby reset to   November 4, 2025   at   9:30am   . Virtual Hearing to be held at: https://us-courts.webex.com/meet/Searcy

Signed on 09/30/2025

_____ JD
THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE

Prepared by:

*/s/ Patrick Yarborough*
Patrick Yarborough
Texas Bar No. 24084129
Luke Ott
Texas Bar No. 24116864
**FOSTER YARBOROUGH PLLC**
440 Louisiana Street, Suite 1800
Houston, TX 77002
Email: patrick@fosteryarborough.com
Email: luke@fosteryarborough.com

*Counsel for Plaintiff*
*MMWKM Advisors, LLC*

Agreed by:

*/s/ Gerrit M. Pronske*
Gerrit M. Pronske
Texas Bar No. 16351640
**SPENCER FANE LLP**
5700 Granite Parkway, Suite 650
Plano, TX 75024
(972) 324-0300 – Telephone
(972) 324-0301 – Facsimile
Email: gpronske@spencerfane.com

*Counsel for Defendant*
*Joseph Anthony Dowdall*