# EXHIBIT D-1

**Spencer Fane – Time entries relating to Motion for Sanctions**

**Normal hourly rates**
GMP – Gerrit Pronske - $910.00 (Attorney/Partner)
LYV – Luzmarina Vargas - $230.00 (Paralegal)
JPK – Jason Kathman - $725.00 (Attorney/Partner)

**Time entries**
5/23/2025 - GMP
Review and analysis of MMWKM's Response to Defendant's Amended Motion to Dismiss; Legal research regarding cases cited in Response; Begin draft of Reply to Response; Call with J. Kathman regarding strategy regarding Response
3.8 hours
Amount - $3,458.00

5/23/2025 – JPK
Call with G. Pronske regarding strategy regarding response to Motion to Dismiss
0.20 hours
Amount - $145.00

5/27/2025 – JPK
Call with G. Pronske regarding arguments related to untimely objection to discharge
0.20 hours
Amount - $145.00

5/27/2025 - GMP
Call with JPK regarding Response to Motion to Dismiss and sanctions
0.20 hours
Amount - $180.00

5/28/2025 – LYV
Conference call with G. Pronske regarding setting on Defendant's Motion to Dismiss
0.10 hours
Amount - $23.00

5/29/2025 - GMP
Review of and revisions to Reply to MMWKM's Response to Amended Motion to Dismiss; Review and analysis of cases cited in MMWK's Response; Continued legal research regarding same
3.5 hours
Amount - $3,185.00

5/29/2025 - LYV

Review and revise Reply to MMWKM's Response to Defendant's Amended Motion to Dismiss for Late Filing; gather exhibits to Reply; finalize and file Reply to MMWKM's Response to Defendant's Amended Motion to Dismiss for Late Filing
0.80 hours
Amount – $184.00

6/02/2025 - LYV
Correspondence to court coordinator requesting hearing on Defendant's Amended Motion to Dismiss for Late Filing
0.10 hours
Amount - $23.00

6/08/2025 – LYV
Follow up with court coordinator regarding Hearing on Motion to Dismiss for Late Filing
0.10 hours
Amount - $23.00

6/12/2025 – LYV
Follow up with court coordinator regarding Hearing on Motion to Dismiss for Late Filing
0.10 hours
Amount - $23.00

6/23/2025 GMP
Draft of Motion for Sanctions Pursuant to Rule 9011; Legal research regarding issues presented by Motion; Revisions to Motion
4.3 hours
Amount – $3,913.00

6/23/2025 - LYV
Revise Motion for Sanctions Pursuant to Rule 9011 and gather exhibits to same; finalize and file Motion for Sanctions; serve Motion for Sanctions; calendar deadline for parties to object to same
0.80 hours
Amount - $184.00

6/27/2025 - LYV
Draft Proposed Order on Defendant's Motion for Rule 9011 Sanctions; email to G. Pronske enclosing same for review; revise Proposed Order on Defendant's Motion for Rule 9011 Sanctions
0.40 hours
Amount - $92.00

7/01/2025 - LYV
Upload proposed order Granting Motion for Sanctions Pursuant to Rule 9011 and the Court's Inherent Powers; email to clerk regarding same
0.20 hours
Amount - $46.00

7/02/2025 - LYV
Revise Defendant's Motion for Rule 9011 Sanctions; conference with G. Pronske enclosing same for review; file and serve Defendant's Motion for Rule 9011 Sanctions; calendar deadline to object to same
0.40 hours
Amount - $92.00

7/03/2025 -LYV
Review Defendant's Supplement to Motion for Sanctions Pursuant to Rule 9011 and the Court's Inherent Powers; conference with G. Pronske regarding same
0.20 hours
Amount - $46.00

7/07/2025 - LYV
Finalize and file Defendant's Supplement to Motion for Sanctions Pursuant to Rule 9011 and the Court's Inherent Powers; serve same
0.30 hours
Amount - $69.00

7/17/2025 - GMP
Review and analysis of Plaintiff's Response to Motion for Sanctions; Begin draft of Reply
2.10 hours
Amount - $1,911.00

7/18/2025 - GMP
Review and analysis of Plaintiff's Response to Motion for Sanctions; Draft of Reply to same; Legal research regarding various issues; Draft of email to J. Dowdall and L. Vargas regarding same
3.10 hours
Amount - $2,821.00

7/22/2025 - LYV
Calendar hearing on Defendant's Motion for Sanctions Pursuant to Rule 9011 and the Court's Inherent Powers.
0.10 hours
Amount $23.00

7/25/2025 - LYV
Review and revise Reply to Plaintiff's Response to Defendant's Motion for Sanctions Pursuant to Rule 9011 and the Court's Inherent Powers; conference with G. Pronske regarding same; file and serve Reply to Plaintiff's Response to Defendant's Motion for Sanctions
0.40 hours
Amount - $92.00

7/28/2025 - GMP

Draft of email to J. Dowdall regarding P. Yarborough's failure to appeal the dismissal of the discharge case
0.20 hours
Amount - $182.00

8/19/2025 - GMP
Preparation for hearing on Motion for Sanctions; Attendance at preliminary hearing on Motion for Sanctions
1.2 hours
Amount - $1,092.00

8/19/2025 - LYV
Calendar Final Hearing on Defendant's Motion for Sanctions Pursuant to Rule 9011
0.10 hours
Amount – $23.00

9/30/2025 - GMP
Telephone conference with P. Yarborough regarding settlement of sanctions
0.20 hours
Amount - $180.00

(Estimated) 11/04/2025 - GMP
Additional time for preparation for Final Hearing and Attendance at Final Hearing on Motion for Sanctions
1.0 hours
Amount - $910.00

**Totals**
Gerrit Pronske – $17,830.00
Luzmarina Vargas – $1,123.00
Jason Kathman - $290.00
**TOTAL FEES - $19,249.00**